# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

JOEL RODRIGUEZ-MARTINEZ,

Plaintiff(s),

v.

TABOUN GRILL 2, LLC, ET AL.,

Defendant(s).

Case No. 15 C 1574

Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of plaintiff Joel Rodriguez-Martinez and against defendants Taboun Grill, LLC and Hershie Weingarten, jointly and severally, in the amount of $2,084.98, plus reasonable attorney's fees and costs to be determined by the Court.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly.

Date: 6/2/2015

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk