## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Joel Rodriguez−Martinez
                             Plaintiff,

v.                                                      Case No.: 1:15−cv−01574
                                                              Honorable Matthew F. Kennelly

Taboun Grill 2, LLC, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held. The case is dismissed without prejudice with full leave to file a motion to reinstate by 08/24/2015,, which will be automatically granted. If no motion is filed by by that date, the dismissal will automatically convert to a dismissal without any further order of the Court. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.